UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>HOLCIM (US) INC., et al.,  )<br>  )<br>    Defendants.  ) | Civil Action No. 1:11-cv-01119-CCB |

## JOINT STATUS REPORT

Plaintiff, the United States of America, and Defendants, Holcim (US) Inc. and St. Lawrence Cement Company, LLC, respectfully provide the Court with this Joint Status Report.

### I. BACKGROUND

1. On April 28, 2011, Plaintiff filed the Complaint against Defendants in this matter. (Dkt. No. 1.)

2. On August 1, 2011, Defendants answered the Complaint. (Dkt. No. 14.)

3. On August 19, 2011, the case was referred to Magistrate Judge Paul W. Grimm for settlement. (Dkt. No. 20.)

4. On January 3, 2012, a settlement conference was held. (Minute Order.)

5. On February 10, 2012, the Parties filed a Stipulation and Proposed Order Regarding Phase 1 Discovery Procedure and Schedule, which the Court approved by Paperless Order the same day. (Dkt. Nos. 28, 29.) The Phase 1 Discovery Schedule was as follows:

   1. Close of Phase 1 Discovery: May 25, 2012.
   2. Defendants' Motion for Summary Judgment: June 8, 2012.
   3. Plaintiff's Memorandum in Opposition: June 29, 2012.
   4. Defendants' Reply Memorandum: July 13, 2012.

1

6. On May 23, 2012, a Joint Motion for Extension of Time to Complete Discovery and to Amend Phase 1 Discovery Order was granted. (Dkt. Nos. 35, 36.) The Phase 1 Discovery Schedule was modified to the following:

1. Close of Phase 1 Discovery: August 24, 2012.
2. Defendants' Motion for Summary Judgment: September 21, 2012.
3. Plaintiff's Memorandum in Opposition: October 19, 2012.
4. Defendants' Reply Memorandum: November 9, 2012.

7. On September 21, 2012, Defendants filed a Motion for Partial Summary Judgment. (Dkt. No. 37.)

8. On October 10, 2012, the Court directed the Parties to file a Joint Status Report within 14 days. (Dkt. No. 38.)

9. On October 19, 2012, Plaintiff filed a Response to the Motion for Partial Summary Judgment. (Dkt. No. 39.)

## II. STATUS OF THE CASE

Defendants' reply brief to the Response to the Motion for Partial Summary Judgment is due on November 9, 2012. The Parties anticipate continuing settlement discussions and propose that the Parties work with the Court to identify a mutually agreeable time to schedule a settlement conference.

Respectfully submitted,

**FOR THE UNITED STATES**

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

By:   /s/ Peter J. Putignano
PETER J. PUTIGNANO
ERICA H. PENCAK

2

Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
Tel.: (202) 305-0354 (Putignano)
Tel.: (202) 514-1543 (Pencak)
Peter.Putignano@usdoj.gov
Erica.Pencak@usdoj.gov

ROD J. ROSENSTEIN
United States Attorney
District of Maryland

LARRY D. ADAMS
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, MD 21201
Tel: (410) 209-4800
Larry.Adams@usdoj.gov

**FOR DEFENDANTS**

/s/ David A. Super (with permission)
DAVID A. SUPER
Maryland No. 22200
Baker Botts L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
Email: david.super@bakerbotts.com
202.639.7768 (phone) 202.585.1065 (fax)

WILLIAM M. BUMPERS (admitted *pro hac vice*)
JOSHUA B. FRANK (admitted *pro hac vice*)
MICHAEL B. SCHON (admitted *pro hac vice*)
District of Columbia No. 385282
District of Columbia No. 461050
District of Columbia No. 989893
Baker Botts L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
Email: william.bumpers@bakerbotts.com
202.639.7718 (phone)
Email: joshua.frank@bakerbotts.com